IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

REGINALD FULLARD,            )
                             )
            Petitioner,      )
                             )
    v.                       )    1:15CV251
                             )
FRANK PERRY,                 )
                             )
            Respondent.      )

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on April 15, 2015, was served on the parties in this action. Petitioner objected to the Recommendation.

The Court has appropriately reviewed the portions of the Magistrate Judge's Recommendation to which objection was made and has made a *de novo* determination which is in accord with the Magistrate Judge's Recommendation. The Court hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that this action be filed, but then dismissed *sua sponte* pursuant to Rule 4, Rules Governing Section 2254 Cases. A Judgment dismissing this action will be entered contemporaneously with this Order.

This, the 12th day of May, 2015.

             /s/ Loretta C. Biggs
          United States District Judge